UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-01933-CEM-RMN

HOWARD COHAN,

    Plaintiff,

v.

AHP RI CAPE CANAVERAL, LLC, a
Foreign Limited Liability Company d/b/a
RESIDENCE INN CAPE CANAVERAL,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, HOWARD COHAN, and Defendant AHP RI CAPE CANAVERAL, LLC d/b/a RESIDENCE INN CAPE CANAVERAL, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this.

Respectfully submitted this November 22, 2023.

| | |
|---|---|
| /s/ *Gregory S. Sconzo* | /s/ *Anthony J. Perez* |
| GREGORY S. SCONZO | ANTHONY J. PEREZ |
| Florida Bar No. 0105553 | Florida Bar No. 535451 |
| SCONZO LAW OFFICE, P.A. | GARCIA-MENOCAL & PEREZ, P.L. |
| 3825 PGA Boulevard, Suite 207 | 350 Sevilla Avenue, Suite 200 |
| Palm Beach Gardens, Florida 33410 | Coral Gables, Florida 33134 |
| Telephone: (561) 729-0940 | Telephone: (305) 553- 3464 |
| Email: greg@sconzolawoffice.com | Email: ajperez@lawgmp.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, AHP RI CAPE CANAVERAL, LLC* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 22, 2023.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Defendant*
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Phone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ

2